UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMAAL WYNN, | : | |
| | : | |
| Plaintiff, | : | Case No.: 3:22-cv-1196 (JCH) |
| | : | |
| v. | : | |
| | : | |
| STAFFMARK INVESTMENT, LLC, | : | |
| | : | |
| Defendant. | : | January 29, 2023 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THE ATTACHED AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiff respectfully moves for the Court for leave to file the attached Amended Complaint.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiffs move to file the Amended Complaint within the time permitted by the Court in the scheduling order (Doc. 85). Allowing Plaintiff to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

The EEOC issued a right to sue letter in this case on or about November 2, 2022. The Amended Complaint adds the Title VII gender and race discrimination claims and the ADA disability discriminations. The federal law claims are based on the same facts and circumstances currently pled and arise out of the same transactions. Allowing Plaintiffs to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no

1

substantial or undue prejudice, bad faith, undue delay, or futility. Plaintiff could not file the Title VII and ADA claims until in receipt of the right to sue letter.

For all these reasons, Plaintiff respectfully requests that the Court grant Plaintiff's leave to file the attached Amended Complaint.

*James Sabatini*
James V. Sabatini, Esquire CT19899
SABATINI AND ASSOCIATES, LLC
1 Market Square
Newington, CT 06111
Tel. No.: (860) 667-0839
Fax No.: (860) 667-0867
Email: jsabatini@sabatinilaw.com

ATTORNEY FOR PLAINTIFF

## **ELECTRONIC CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ James Sabatini
      James Sabatini